**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1405**

———————————

VICTOR TSUPKO, d/b/a Victory Motors Inc.,

Plaintiff - Appellant,

v.

NEXTGEAR CAPITAL INC.,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-00359-LMB-LRV)

———————————

Submitted:  June 25, 2024                                Decided:  June 27, 2024

———————————

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Victor Tsupko, Appellant Pro Se.  Thomas John McKee, Jr., GREENBERG TRAURIG, LLP, McLean, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Tsupko appeals the district court's order dismissing the civil action he filed on behalf of Victory Motors Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Tsupko v. NextGear Cap. Inc.*, No. 1:24-cv-00359-LMB-LRV (E.D. Va. Apr. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*